STATE of Missouri, Respondent,

v.

Antwane JOHNSON, Appellant.

No. ED 102178

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: January 5, 2016

Lisa M. Stroup, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P. J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

### PER CURIAM

Antwane Johnson appeals from the judgment entered upon a jury verdict finding him guilty of one count of first-degree burglary, Section 569.160 RSMo.; three counts of first-degree robbery, Section 569.020 RSMo., and four counts of armed criminal action, Section 571.015 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).